UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CALVIN HARDING,

                         Plaintiff,

      -against-

WACHOVIA CAPITAL MARKETS, LLC et al,
                        Defendants.

------------------------------------------------------------X

10 Civ. 3496 (JPO)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 3 2012

J. PAUL OETKEN, District Judge:

      IT IS HEREBY ORDERED that the parties shall appear on September 12, 2012 at 10:00 a.m in United States District Court, 500 Pearl Street, New York, NY 10007, for oral argument.

      SO ORDERED.

Dated: New York, New York
          August 23, 2012

                                                J. PAUL OETKEN
                                         United States District Judge